LAMON, Respondent, v. SICKLER et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 8, 1897.) Action by Mary Lamon against Charles D. Sickler and others. No opinion. Judgment affirmed, with costs.

LASHER et al., Respondents, v. VILLAGE OF SARATOGA SPRINGS, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1897.) Action by Clark L. Lasher and another against the village of Saratoga Springs. No opinion. Judgment affirmed, with costs.

LATHAM et al., Appellants, v. FOLLETT, Respondent. (Supreme Court, Appellate Division, Third Department. May 18, 1897.) Action by Charles H. Latham and Horner H. Higley against David L. Follett. No opinion. Order affirmed, with $10 costs and disbursements.

LAWRENCE, Appellant, v. SCHAEFER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Thomas E. Lawrence against Gustave A. Schaefer. No opinion. Motion granted, and a certificate allowed; the questions to be stated as proposed in the motion papers. See 46 N. Y. Supp. 719.

LEHMAN, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) Action by Alfred B. Lehman against Jacob Frank. No opinion. Motion for leave to go to the court of appeals denied. See 46 N. Y. Supp. 761.

LENT et al. v. SHEAR et al. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by David D. Lent, as receiver, and another, against Henry D. Shear and others. No opinion. Motion to amend the remittitur denied, without costs, and without prejudice to the right of the appellant's counsel to apply to ADAMS, J., for a memorandum of his dissent. See 46 N. Y. Supp. 1095.